| | |
|---|---|
| 1 | LUIS LI (State Bar No. 156081) |
| | luis.li@mto.com |
| 2 | MELINDA E. LEMOINE (State Bar No. 235670) |
| | melinda.lemoine@mto.com |
| 3 | GINA F. ELLIOTT (State Bar No. 320093) |
| | Gina.Elliott@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
| | 350 South Grand Avenue, Fiftieth Floor |
| 5 | Los Angeles, CA  90071-3426 |
| | Telephone:  (213) 683-9100 |
| 6 | Facsimile:   (213) 687-3702 |

Attorneys for COSIMO CAVALLARO and ART ABOVE GROUND

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSIMO CAVALLARO and ART ABOVE GROUND, <br><br> Plaintiff, <br><br> vs. <br><br> SLSCO, LTD. and Ultimate Concrete LLC <br><br> Defendants. | Case No. 20cv-2157-WQH-AGS <br><br> PROOF OF SERVICE OF COMPLAINT ON SLSCO LTD. |

46125612.1

PROOF OF SERVICE

AO 441    Summons in a Civil Action                                                                                                                  (Page 2)

**Civil Action No.** 20cv2157-WQH-AGS                                  Date Issued: 11/04/2020

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* SLSCO Ltd.

was received by me on *(date)* 11/05/2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of the individual)* Stan C. Ledbetter, Executive Vice President, who is designated by law to accept service of process on behalf of *(name of organization)* SLSCO Ltd., at 6702 Broadway Street, Galveston, Texas 77554 at 8:56 a.m. on *(date)* 11/06/2020; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: November 9, 2020

*Server's Signature*  R. Black

CHARLES R. BLACK, Not a Registered California Process

*Printed name and title*
6065 Hillcroft, Suite 406, Houston, Texas 77081
Phone No.: (713) 779-1400 / Fax No.: (713) 779-3465
*Server's address*

In addition to the SUMMONS, the following document was also served: COMPLAINT FOR DAMAGES JURY TRIAL DEMANDED

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.