KELLY KLAUS (State Bar No. 161091)
*Kelly.Klaus@mto.com*
DANE SHIKMAN (State Bar No. 313656)
*Dane.Shikman@mto.com*
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA  90071-3426
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

XIAONAN APRIL HU (State Bar No. 321354)
*April.Hu@mto.com*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW. Suite 500E
Washington, D.C. 20001-5369
Telephone:   (202) 220-1100
Facsimile:    (202) 220-2300

Attorneys for Plaintiffs Cosimo Cavallaro
and Art Above Ground

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cosimo Cavallaro, Art Above Ground,<br><br>Plaintiffs,<br><br>vs.<br><br>SLSCO Ltd., Ultimate Concrete LLC,<br><br>Defendants. | Case No. 3:20-cv-02157-WQH-AGS<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO TAKE UPCOMING DEADLINES AND HEARING OFF CALENDAR**<br><br>District Judge: Hon. William Q. Hayes<br>Magistrate Judge: Hon. Andrew G. Schopler |

Plaintiffs Cosimo Cavallaro and Art Above Ground ("Plaintiffs") and Defendants SLSCO Ltd. ("SLSCO") and Ultimate Concrete LLC ("Ultimate Concrete") (collectively, "Defendants") submit this joint notice to inform the Court that Plaintiffs and Defendants have reached a settlement in this matter. The parties are in the process of memorializing the settlement and anticipate being in a position to file a joint motion to dismiss this action within the next 14 days.

In light of the foregoing, the parties jointly request that the Court take all pending deadlines off calendar, including the following:

| Event | Deadline |
| --- | --- |
| Submission of Proposed Pretrial Order by Plaintiffs to Defendants | May 13, 2022 |
| Proposed Final Pretrial Conference Order Lodged with Court | May 20, 2022 |
| Final Pre-Trial Conference | May 27, 2022, at 11:00 a.m. |

The parties further jointly request that the Court set a deadline for the parties to file a Joint Motion to Dismiss, and propose June 3, 2022 as that deadline.

I, Dane Shikman, Esq., am the filer of the foregoing Joint Motion, and hereby certify that, pursuant to Section 2(f) of the <u>Electronic Case Filings Administrative Policies and Procedures Manual</u>, the contents of this document are acceptable to all persons required to sign the document, and I have authorization to file this document with all "s/" electronic signatures appearing herein which are not my own.

/ / /

/ / /

DATED: May 16, 2022         MUNGER, TOLLES & OLSON LLP

By: _____/s/ Dane Shikman_____
    Dane Shikman
    Xiaonan April Hu
    Kelly M. Klaus
    Attorneys for Plaintiffs Cosimo Cavallaro
    and Art Above Ground

DATED: May 16, 2022         PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: _____/s/ Sean M. Sullivan_____
    Sean M. Sullivan
    Attorneys for Defendant SLSCO Ltd.

DATED: May 16, 2022         BALESTRERI POTOCKI & HOLMES

By: _____/s/ Thomas Balestreri_____
    Thomas Balestreri
    Attorneys for Defendant Ultimate
    Concrete LLC