UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSIMO CAVALLARO; and ART ABOVE GROUND,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SLSCO, LTD.; and ULTIMATE CONCRETE LLC,<br><br>　　　　　　　　　　　Defendants. | Case No.: 20-cv-2157-WQH-AGS<br><br>**ORDER** |

HAYES, Judge:

　　IT IS HEREBY ORDERED that, pursuant to the Joint Notice of Settlement (ECF No. 55), all pending dates and deadlines, including the Final Pretrial Conference set for May 27, 2022, are vacated. No later than June 6, 2022, the parties shall file a joint motion to dismiss the case or a status report.

Dated: May 17, 2022

Hon. William Q. Hayes
United States District Court